R. KIMBALL MOSIER (2334)
**PARSONS KINGHORN HARRIS**
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
E-mail: trustee@pkhlawyers.com

Chapter 7 Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2006 AUG -9  A 11: 39

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re<br><br>WILSON C. BREGOCHI,<br><br>Debtor. | Bankruptcy No. 04-39875 JAB<br>[Chapter 7] |
|---|---|



### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly appointed and acting trustee of the above-captioned case, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. The Trustee received the above-referenced debtor's tax refunds in the amount of Two Thousand Nine Hundred Twenty Nine Dollars and No Cents ($2,929.00).

2. The debtor filed his tax returns jointly with his former wife Elaine Sucek and she is entitled to half the tax refunds, which amounts to One Thousand Four-Hundred Sixty Four Dollars and Fifty Cents ($1,464.50).

3. The Trustee has been unable to find an address for Elaine Sucek and therefore cannot pay her the interest in the tax refunds to which she is entitled.

4. The Trustee is paying Elaine Sucek's interest in the tax refunds into the United States Bankruptcy Court Registry.

3. The unclaimed funds are on deposit in Chase Bank with an Account Number of 312018616666.

5. A check in the amount of One Thousand Four-Hundred Sixty Four Dollars and Fifty Cents ($1,464.50) representing said unclaimed funds that do exceed twenty-five dollars, has been made payable to U.S. Bankruptcy Court and is attached hereto.

DATED this 7th day of August, 2006

PARSONS KINGHORN HARRIS
*A Professional Corporation*

R. KIMBALL MOSIER
Attorneys for Chapter 7 Trustee

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Unclaimed Funds was mailed postage prepaid, U.S. Mail on the ___ day of August, 2006 to the following:

Peter J. Kuhn
Office of the United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111