UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF UTAH

Oct 23  12 30 PM '06

| In re:<br>WILSON C. BREGOCHI,<br><br>                                    Debtor | CASE NO. 04-39875 JAB<br>CHAPTER 7 |
|---|---|

## TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND MOTION FOR ORDER APPROVING PAYMENT OF ADMINISTRATIVE COSTS AND EXPENSES

The Trustee of the estate presents the following final report:

1. The Trustee has reduced all assets of this estate to cash or otherwise lawfully disposed of them and the estate is ready to be closed.

2. The Trustee applies for commissions and expenses set forth in Exhibit A (see attached) and states: "That they are reasonable and proper; that in the course of the performance of duties, the Trustee has advanced monies from personal funds for expenses; that the Trustee has not been reimbursed or indemnified; and that there is no agreement or understanding between the Trustee and any other person for a division of the compensation sought by this application, except as permitted by the Bankruptcy Code."

3. The Trustee submits Exhibit B (attached) as a list of the expenses of administration of this bankruptcy estate.

4. The Trustee has reviewed all claims filed in this case and submits Exhibits C and D (attached) as a list of claims and dividends to be paid upon court approval.

5. The Trustee submits Form 1 and 2 as Exhibit E (attached) as a summary of the assets and the disposition of each of these assets. Any property scheduled under 11 U.S.C. §521(1) and not administered shall be deemed abandoned pursuant to 11 U.S.C. §554(c).

6. The Trustee certifies to the Court and the United States Trustee that the Trustee has faithfully and properly fulfilled the duties of the office of the trustee, and that the Trustee has examined all proofs of claim as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

7. The Trustee has given notice to all parties in interest as shown on the mailing matrix of his intent to abandon/destroy Debtors records.

**WHEREFORE**, the Trustee respectfully moves this Court for an order approving Applications for Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. §330(a) and §503(b), pursuant to Rule 3009, Federal Rules of Bankruptcy, authorizing the Trustee to abandon/destroy Debtors records, and determining that the Trustee has complied with all notice and hearing requirements of Section 363 of the Bankruptcy Code to proceed with his final disbursement.

Dated: 9/21/06

R. Kimball Mosier

**PROPOSED DISTRIBUTION LIST**

In re:   WILSON C. BREGOCHI                                    Bankruptcy Case No.:  04-39875 JAB

APPLICATIONS FOR COMPENSATION AND EXPENSES - CHAPTER 7:

|  | PROFESSIONAL'S NAME | TOTAL | PREVIOUSLY PAID | AMOUNT TO DISTRIBUTE |
|---|---|---|---|---|
| Trustee Expenses | R. Kimball Mosier | 22.90 | 0.00 | 22.90 |
| Trustee Fees | R. Kimball Mosier | 369.81 | 0.00 | 369.81 |
| All Other Expenses | INTERNATIONAL SURETIES, LTD. | 2.57 | 2.57 | 0.00 |
| US Bankruptcy Court Expenses | UNITED STATES BANKRUPTCY COURT | 155.00 | 0.00 | 155.00 |

**TOTAL CHAPTER 7 ADMINISTRATIVE EXPENSES TO BE DISTRIBUTED:**                    **$547.71**

SUMMARY OF PROPOSED DISTRIBUTION IN ORDER OF PRIORITY:

Chapter 7 Administrative Claims (Allowed 550.28):                    $547.71

Previous Chapter Administrative Claims (None)                        N/A

Priority Claims (All PRIORITY CLAIMS (0.00):                         N/A

Unsecured Claims (Allowed 2,548.48)   Paid 93.92%:                   $928.95
    GE Money Bank DBA Lowes                       571.28
    West Verizon Wireless                         357.67


I have reviewed the Trustee's Final Report and Proposed Distribution.


Charles F. McVay
United States Trustee


BY: _____
     Attorney for the United States Trustee

00001117.WPD /

## EXHIBIT A
## APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

In re:  WILSON C. BREGOCHI             Case no.:  04-39875 JAB

Computation of Compensation for Cases Filed after October 22, 1994

| | | | |
|---|---|---|---|
| Total Proceeds of Estate | $   2,943.73 | | |
| Less amounts returned to Debtor(s) | (   1,464.50) | | |
| Balance to be Disbursed | 1,479.23 | 25% of first $5,000 ($1,250 maximum) | $   369.81 |
| Less | (   5,000.00) | | |
| Balance | 0.00 | 10% of next $45,000 ($4,500 maximum) | 0.00 |
| Less | (   45,000.00) | | |
| Balance | 0.00 | 5% of next $950,000 ($47,500 maximum) | 0.00 |
| Less | (   950,000.00) | | |
| Balance | $   0.00 | 3% of balance | 0.00 |

|  |  |
|---|---|
| MAXIMUM COMPENSATION (11 U.S.C. §326) | $   369.81 |
| COMPENSATION REQUESTED | $   369.81 |
| Less: Court-Approved Compensation Previously Paid | (   0.00) |
| BALANCE DUE | $   369.81 |

Trustee Expenses
  Premium on Trustee's Bond
  (Allocation of coverage on blanket bond)                                     $        0.00

Photocopies (75.00 copies at 20.00 ¢/copy)                                     $       15.00

Postage                                                                        $        6.55

Other Expenses
Westlaw research charges                                                       $        1.35

|  |  |
|---|---|
| TOTAL EXPENSES | $   22.90 |
| Less: Court-Approved Expenses Previously Paid | (   0.00) |
| BALANCE DUE | $   22.90 |

### EXHIBIT B
### EXPENSES OF ADMINISTRATION (Chapter 7)

In re: WILSON C. BREGOCHI                     Case no.: 04-39875 JAB

| AUTHORITY: 11 U.S.C. | AMOUNT CLAIMED | AMOUNT ALLOWED | PREVIOUSLY DISTRIBUTED* | BALANCE |
|---|---|---|---|---|
| 1. §1930 Costs & Fees | | | | |
| §507(a)(1), §1930(b) | $ 155.00 | $ 155.00 | $ 0.00 | $ 155.00 |
| §507(a)(1), §1930(a)(6) | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. For Superseded Estate | | | | |
| §364(c)(1), §507(b) | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Preservation of Estate §503(b)(1) | | | | |
| a. Storage | | | | |
| b. Security | | | | 0.00 |
| c. Insurance | | | | 0.00 |
| d. Separate Case Bond | | | | 0.00 |
| e. Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Post-Petition Taxes & Related Penalties §503(b)(1)(B) & (C) | | | | 0.00 |
| 5. Compensation and Reimbursement §503(b)(2), (3) & (4) | | | | |
| a. Trustee Compensation | 369.81 | 369.81 | 0.00 | 369.81 |
| b. Trustee Expenses | 22.90 | 22.90 | 0.00 | 22.90 |
| c. Trustee's Atty Comp. | 0.00 | 0.00 | 0.00 | 0.00 |
| d. Trustee's Atty Exps. | 0.00 | 0.00 | 0.00 | 0.00 |
| e. Debtor's Atty Comp. | 0.00 | 0.00 | 0.00 | 0.00 |
| f. Debtor's Atty Exps. | 0.00 | 0.00 | 0.00 | 0.00 |
| g. Trustee's Accountant | 0.00 | 0.00 | 0.00 | 0.00 |
| h. Debtor's Accountant | 0.00 | 0.00 | 0.00 | 0.00 |
| i. Special Counsel | 0.00 | 0.00 | 0.00 | 0.00 |
| j. Appraiser | 0.00 | 0.00 | 0.00 | 0.00 |
| k. Real Estate Agent | 0.00 | 0.00 | 0.00 | 0.00 |
| l. Broker | 0.00 | 0.00 | 0.00 | 0.00 |
| m. Auctioneer | 0.00 | 0.00 | 0.00 | 0.00 |
| n. Outside Attorney | 0.00 | 0.00 | 0.00 | 0.00 |
| o. Outside Professional | 0.00 | 0.00 | 0.00 | 0.00 |
| p. Harvester | 0.00 | 0.00 | 0.00 | 0.00 |
| q. Other Professional | 0.00 | 0.00 | 0.00 | 0.00 |
| r. Special Consultant | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Other Admin Expense | 2.57 | 2.57 | 2.57 | 0.00 |
| TOTAL | $ 550.28 | $ 550.28 | $ 2.57 | $ 547.71 |

00001117.WPD /

# EXHIBIT D

**UNSECURED CLAIMS OTHER THAN ADMINISTRATIVE EXPENSES**
**PRO-RATA DISTRIBUTION**
**93.92% PAID**

In re:  WILSON C. BREGOCHI                    Case no.:  04-39875 JAB

| AUTHORITY: 11 U.S.C. | Amount Claimed | Amount Allowed | Previously Distributed | 93.92% Distrib. |
|---|---|---|---|---|
| GE Money Bank DBA Lowes | 666.62 | 666.62 | 0.00 | 571.28 |
| West Verizon Wireless | 417.36 | 417.36 | 0.00 | 357.67 |
| United States Bankruptcy Court- Unclaimed funds representing Elaine Sucek's (debtor's ex-spouse) interest in tax refunds | | | 1,464.50 | 0.00 |
| **TOTAL** | **$2,548.48** | **$2,548.48** | **$1,464.50** | **$928.95** |

*ATTACH ORDER AUTHORIZING ANY INTERIM DISTRIBUTION

00001117.WPD /

**EXHIBIT D**
**EXPENSES OF ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| AMOUNT AVAILABLE FOR DISTRIBUTION PER FINAL REPORT | | $ | 1,476.66 | | |
| Plus: Additional receipts expected up to distribution date (state source) | | $ | 0.00 | | |
| **TOTAL AMOUNT AVAILABLE FOR DISTRIBUTION** | | | | $ | 1,476.66 |
| | | | | | |
| PROPOSED DISTRIBUTION | | | | DISTRIB. % | |
| 1. § 507(a)(1) Administrative Expenses & Fees-Unsubordinated | | | | | |
|    Court Costs and Fees Chapter 123 of Title 28 | | $ | 155.00 | 100.00% | |
|    U.S. Trustee Quarterly Fees Chapter 123 of Title 28 | | $ | 0.00 | 100.00% | |
|    Trustee's Compensation | | $ | 369.81 | 100.00% | |
|    Trustee's Expenses | | $ | 22.90 | 100.00% | |
| **TOTAL UNSUBORDINATED ADMINISTRATIVE EXPENSES PAID** | | | | $ | 547.71 |
| | | | | | |
| 2. § 507(a)(1) Administrative Expenses - Subordinated 726(b) | | | | | |
|    § 503(b)(1) - Preservation of the Estate | | $ | 0.00 | | |
|    § 503(b)(2) - Compensation of Professionals | | $ | 0.00 | | |
|    Other administrative expenses | | $ | 0.00 | | |
| | | | | | |
| 3. Priority Claims | (Allowed $0.00) | | | | |
|    § 507(a)(2) | | $ | 0.00 | | |
|    § 507(a)(3) - Wages, etc. | | $ | 0.00 | | |
|    § 507(a)(4) | | $ | 0.00 | | |
|    § 507(a)(5) | | $ | 0.00 | | |
|    § 507(a)(6) | | $ | 0.00 | | |
|    § 507(a)(7) | | $ | 0.00 | | |
|    § 507(a)(8) - Taxes | | $ | 0.00 | | |
|    § 507(a)(9) | | $ | 0.00 | | |
| **TOTAL PRIORITY CLAIMS PAID** | | | | $ | 0.00 |
| | | | | | |
| 4. Unsecured Claims | (Allowed $1,083.98) | | | | |
|    GE Money Bank DBA Lowes | | $ | 571.28 | 85.70% | |
|    West Verizon Wireless | | $ | 357.67 | 85.70% | |
| **TOTAL UNSECURED CLAIMS PAID** | | | | $ | 928.95 |
| | | | | | |
| 5. Rule 3002(c)(6) Claims Paid | (Allowed $0.00) | $ | 0.00 | 0.00% | |
| **TOTAL SURPLUS NOTICE CLAIMS PAID** | | | | $ | 0.00 |
| | | | | | |
| 6. Fines, Penalties, Damages Under 726(a)(4) | (Allowed $0.00) | | | | |
| **TOTAL PRIORITY AND UNSECURED CLAIMS PAID** | | | | $ | 928.95 |
| | | | | | |
| 7. Interest at Legal Rate: % | | $ | 0.00 | | |
|    Interest Paid on Priority Claims | | $ | 0.00 | | |
|    Interest Paid on Unsecured Claims | | $ | 0.00 | | |
| **TOTAL INTEREST PAID** | | | | $ | 0.00 |
| | | | | | |
| **TOTAL PAID OUT FOR ADMINISTRATIVE EXPENSES & CREDITORS** | | | | $ | 1,476.66 |
| | | | | | |
| **PAID TO SECURED CREDITORS** | | | | $ | 0.00 |

# Claims Proposed Distribution

### Case: 04-39875   BREGOCHI, WILSON C

**Case Balance:** $1,476.66    **Total Proposed Payment:** $1,476.66    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A2 | R. Kimball Mosier | Admin Ch. 7 | 22.90 | 22.90 | 0.00 | 22.90 | 22.90 | 1,453.76 |
| | <2200-00   Trustee Expenses> | | | | | | | |
| A3 | R. Kimball Mosier | Admin Ch. 7 | 369.81 | 369.81 | 0.00 | 369.81 | 369.81 | 1,083.95 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| A4 | INTERNATIONAL SURETIES, LTD. | Admin Ch. 7 | 2.57 | 2.57 | 2.57 | 0.00 | 0.00 | 1,083.95 |
| | <2300-00   Bond Payments> | | | | | | | |
| A5 | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | 155.00 | 155.00 | 0.00 | 155.00 | 155.00 | 928.95 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **550.28** | **550.28** | **2.57** | **547.71** | **547.71** | |
| 1 | GE Money Bank DBA Lowes | Unsecured | 666.62 | 666.62 | 0.00 | 666.62 | 571.28 | 357.67 |
| 2 | West Verizon Wireless | Unsecured | 417.36 | 417.36 | 0.00 | 417.36 | 357.67 | 0.00 |
| A1 | Elaine Sucek | Unsecured | 1,464.50 | 1,464.50 | 1,464.50 | 0.00 | 0.00 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **2,548.48** | **2,548.48** | **1,464.50** | **1,083.98** | **928.95** | |
| **Total for Case 04-39875:** | | | **$3,098.76** | **$3,098.76** | **$1,467.07** | **$1,631.69** | **$1,476.66** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $550.28 | $550.28 | $2.57 | $547.71 | 100.000000% |
| **Total Unsecured Claims:** | $2,548.48 | $2,548.48 | $1,464.50 | $928.95 | 93.916766% |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| Case Number: | 04-39875 JAB |
| Case Name: | BREGOCHI, WILSON C |
| Period Ending: | 09/21/06 |

| | |
|---|---|
| Trustee: | (640050)    R. Kimball Mosier |
| Filed (f) or Converted (c): | 12/10/04 (f) |
| §341(a) Meeting Date: | 01/06/05 |
| Claims Bar Date: | 12/01/05 |

Page: 1

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Tax Refunds (u) | 2,929.00 | 2,929.00 | | 0.00 | 2,929.00 |
| 3 | Real Property - 2967 S. 2855 W. WVC | 120,000.00 | 0.00 | DA | 0.00 | FA |
| | Bank Account - America First  Checking Acct. | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank Account - America First CU Savings Account | 35.00 | 0.00 | DA | 0.00 | FA |
| | Bank Account- Zions Bank Checking Account | 0.00 | 0.00 | DA | 0.00 | FA |
| | 65" TV | 800.00 | 0.00 | DA | 0.00 | FA |
| | Household Goods & Furnishings | 480.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Firearms, Sports, Photographic & Hobby Equipment | 80.00 | 0.00 | DA | 0.00 | FA |
| 10 | Assorted Hand Tools | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | INTEREST (u) | Unknown | N/A | | 14.73 | Unknown |
| | Assets    Totals (Excluding unknown values) | $125,924.00 | $2,929.00 | | $14.73 | $2,929.00 |

**Major Activities Affecting Case Closing:**

The Trustee reopened this case in August 2005 to administer undisclosed assets, specifically debtor's tax refund. The Trustee has reviewed claims and is preparing his final report.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-39875 JAB | Trustee: | (640050)  R. Kimball Mosier |
|---|---|---|---|
| Case Name: | BREGOCHI, WILSON C | Filed (f) or Converted (c): | 12/10/04 (f) |
| | | §341(a) Meeting Date: | 01/06/05 |
| Period Ending: | 09/21/06 | Claims Bar Date: | 12/01/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

Initial Projected Date Of Final Report (TFR):    December 31, 2006            Current Projected Date Of Final Report (TFR):    December 31, 2006

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-39875 JAB | Trustee: | R. Kimball Mosier (640050) |
|---|---|---|---|
| Case Name: | BREGOCHI, WILSON C | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****66-65 - Money Market Account |
| Taxpayer ID #: | 13-7471617 | Blanket Bond: | $75,675,000.00 (per case limit) |
| Period Ending: | 09/21/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/28/05 | | United States Treasury | Federal tax refund | 1224-000 | 2,231.00 | | 2,231.00 |
| 07/28/05 | | State of Utah | State tax refund | 1224-000 | 698.00 | | 2,929.00 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.12 | | 2,930.12 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.15 | | 2,931.27 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.27 | | 2,932.54 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.33 | | 2,933.87 |
| 12/21/05 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/21/2005 FOR CASE #04-39875, Bond #16027974 | 2300-000 | | 2.57 | 2,931.30 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.47 | | 2,932.77 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.65 | | 2,934.42 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.58 | | 2,936.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.75 | | 2,937.75 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.86 | | 2,939.61 |
| 05/25/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 1.55 | | 2,941.16 |
| 05/25/06 | | To Account #********6666 | transfer for final report. | 9999-000 | | 2,941.16 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,943.73 | 2,943.73 |
| Less: Bank Transfers | | 0.00 | 2,941.16 |
| **Subtotal** | | 2,943.73 | 2.57 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$2,943.73** | **$2.57** |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-39875 JAB | Trustee: | R. Kimball Mosier (640050) |
|---|---|---|---|
| Case Name: | BREGOCHI, WILSON C | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7471617 | Account: | ***-*****66-66 - Checking Account |
| Period Ending: | 09/21/06 | Blanket Bond: | $75,675,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/25/06 | | From Account #*********6665 | transfer for final report. | 9999-000 | 2,941.16 | | 2,941.16 |
| 07/28/06 | 101 | United States Bankruptcy Court Registry | Unclaimed Funds; Debtor's ex-wife's interest in tax refunds. | 8500-002 | | 1,464.50 | 1,476.66 |

|  | Receipts | Disbursements |
|---|---|---|
| **ACCOUNT TOTALS** | 2,941.16 | 1,464.50 | $1,476.66 |
| Less: Bank Transfers | 2,941.16 | 0.00 | |
| **Subtotal** | 0.00 | 1,464.50 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$1,464.50** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****66-65 | 2,943.73 | 2.57 | 0.00 |
| Checking # ***-*****66-66 | 0.00 | 1,464.50 | 1,476.66 |
| | $2,943.73 | $1,467.07 | $1,476.66 |



June 1 - June 30, 2006
Page 3 of 6

312-00312-E000-00312- H    -113-9-03-W X -1 00-          Primary Account Number:  312-0186166-66

| BusinessCustom Checking | Account # 312-0186166-66 | | 04-39875 Bregochi Wilson C Debtor |
|---|---|---|---|
| Summary | Number | Amount | |
| Opening Balance | | 2,941.16 | |
| Deposits and Credits | 0 | 0.00 | |
| Withdrawals and Debits | 0 | 0.00 | |
| Checks Paid | 0 | 0.00 | |
| **Ending Balance** | | **2,941.16** | |

RW
7/15/06